UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA TAYLOR,

        Plaintiff,                      Civil Action No. 12-15099
                                                 HON. BERNARD A. FRIEDMAN
vs.                                           MAG. JUDGE MICHAEL HLUCHANIUK

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

      This matter is before the Court on Magistrate Judge Michael Hluchaniuk's Report and Recommendation ("R&R") dated February 10, 2014 [docket entry 14]. Neither party has not filed an objection to the R&R pursuant to Fed. R. Civ. P. 72(b)(2).

      This Court had an opportunity to fully review this matter and believes that the magistrate judge reached the correct conclusions for the proper reasons. Substantial evidence supported the administrative law judge's findings that: 1) plaintiff's claims of disabling limitations were unfounded and 2) she was not completely disabled. Accordingly,

      IT IS ORDERED that Magistrate Judge Michael Hluchaniuk's R&R dated February 10, 2014, is hereby accepted and adopted.

IT IS FURTHER ORDERED that defendant's motion for summary judgment [docket entry 13] is granted.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is denied [docket entry 8].


Dated: March 3, 2014                s/ Bernard A. Friedman_____
       Detroit, Michigan            BERNARD A. FRIEDMAN
                                    SENIOR UNITED STATES DISTRICT JUDGE